OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015

6/3/2015
CASTRO, RANULFO          Tr. Ct. No. 1320574-A                    WR-83,159-01
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RANULFO  CASTRO
11402 CHANNEL HILL                          I A
HOUSTON, TX  77012

77012